[No. 673-3.   Division Three.   October 31, 1973.]

CRAFT WALL, INC., *Respondent,* v. CARL PAINTER *et al.,*
*Appellants.*

Appeal from a judgment of the Superior Court for Asotin County, No. 11750, Patrick McCabe, J., entered June 20, 1972. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 801-3.   Division Three.   October 31, 1973.]

FRED ELLEFSEN, *Respondent,* v. THE CITY OF SPOKANE *et al.,*
*Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 199142, George T. Shields, J., entered January 12, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 758-3.   Division Three.   November 1, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. DEAN DOLAN
PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 17137, Carl L. Loy, J., entered November 17, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 760-3.   Division Three.   November 1, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. LEO DOBBS,
*Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 16848, Blaine Hopp, Jr., J., entered November 29, 1972. *Affirmed* by unpublished per curiam opinion.